IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN NACE and KAREN NACE,
as individuals and as husband and wife,

      Plaintiffs,

vs.                                                            Civ. No. 00-556 RLP/WWD ACE

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, ECOLOGY
AND ENVIRONMENT, INC., and CET
ENVIRONMENTAL, INC.,

      Defendants.

## MEMORANDUM OPINION AND ORDER OF STAY

      This matter came before the Court for a scheduling and settlement conference on October 17, 2000. After some discussions with the parties, I determined that settlement was not possible at this time and that several matters, including amendment of the lawsuit and exhaustion of administrative remedies, needed to be addressed before the parties could proceed in this lawsuit.

      **WHEREFORE,**

      **IT IS ORDERED** that all matters in this cause be, and they are hereby, STAYED until and including January 15, 2001.

      **IT IS FURTHER ORDERED** that a scheduling conference in this cause shall be set before the undersigned on Monday, January 22, 2001, at 11:00 a.m.; the Initial Pretrial Report and Provisional Discovery Plan are due on January 16, 2001.

                                                                                UNITED STATES MAGISTRATE JUDGE